ATLANTIC CITY CASINO HOTEL ASSOCIATION v. CASINO
CONTROL COMMISSION.

October 3, 1985.

Petition for certification denied.   (See 203 *N.J.Super.* 230)


JAMES Q. HORNE, JR. v. ADOLPH
COORS COMPANY.

October 3, 1985.

Petition for certification denied.


BAKER–MERIN ASSOCIATES v. PALISADES PLAZA, LTD. AND
PALISADES PLAZA, INC.

October 3, 1985.

Petition for certification denied.


OWEN ASSOCIATES LIMITED v. GENERAL ACCIDENT INSUR-
ANCE CO., AND BEAVERTOWN CAST STONE, INC.

October 3, 1985.

Petition for certification denied.